IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -9 PM 1:01

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| JOHNNY BEARD, FRED BAKER & SONS ELECTRIC, INC )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BENICORP INSURANCE COMPANY, )<br>)<br>Defendant. ) | CASE NO. 04-2417-BA |

## ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

This matter having come before the Court on the Unopposed Motion for Extension of Time filed by the Defendant, Benicorp Insurance Company, seeking a ten (10) day extension of time up to and including May 15, 2005, within which it has to file a response or other pleading responsive to Plaintiffs' Amended Complaint for Money Damages, and the Court having considered said Motion, now GRANTS said Motion.

It is therefore, ORDERED, AJUDGED AND DECREED that the Defendant, Benicorp Insurance Company, shall have until May 15, 2005, within which to file a response or other pleading responsive to the Plaintiffs' Amended Complaint for Money Damages.

Dated: 05-05-05

S. Thomas Anderson USMJ
JUDGE, United States District Court
Western District of Tennessee, Western Division

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

**Distribution to:**

John M. Russell
LAWRENCE & RUSSELL, LLP
5050 Poplar Avenue, Suite 1617
Memphis, TN 38157

Andrew W. Hull
Alice M. Morical
Gregory C. Brubaker
HOOVER HULL BAKER & HEATH, LLP
111 Monument Circle, Suite 4400
Indianapolis, IN 46204-0989

James S. Strickland, Jr.
KUSTOFF & STRICKLAND, PLLC
44 N. Second Street, Suite 502
Memphis, TN 38103

373488

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:04-CV-02417 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Gregory C. Brubaker
HOOVER HULL BAKER & HEATH, LLP
111 Monument Circle
Ste. 4400
Indianapolis, IN 46204--098

James S. Strickland
KUSTOFF & STRICKLAND
44 N. Second St.
Ste. 502
Memphis, TN 38103

John Morris Russell
LAWRENCE & RUSSELL
5050 Poplar Ave.
Ste. 1717
Memphis, TN 38157

Alice M. Morical
HOOVER HULL BAKER & HEATH, LLP
111 Monument Circle
Ste. 4400
Indianapolis, IN 46204--098

Johnny Beard
3641 Millington St.
Memphis, TN 38127

Andrew W. Hull
HOOVER HULL BAKER & HEATH, LLP
111 Monument Circle
Ste. 4400
Indianapolis, IN 46204--098

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT