IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ ___ ).C.

05 JUN 27 PH 12: 3

ROBERT R. DI ...OLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| JOHNNY BEARD, FRED BAKER & SONS ELECTRIC, INC | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 04-2417-BA |
| | ) | |
| BENICORP INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

This matter having come before the Court on Defendant, Benicorp Insurance Company's

("Benicorp"), Unopposed Motion for Leave to File a Reply, seeking leave of the Court to have

up to and including June 25, 2005 to file its reply in support of its Motion to Strike Plaintiffs'

Jury Demand and Motion to Dismiss Plaintiffs' State Law Claim and Claims Asserted by

Plaintiff, Fred Baker & Sons Electric, Inc., and the Court having considered said Motion, now

GRANTS said Motion.

It is therefore, ORDERED, AJUDGED AND DECREED that the Defendant, Benicorp

Insurance Company, shall have up to and including June 27th STA 2005, within which to file its reply

in support of its Motion to Strike Plaintiffs' Jury Demand and Motion to Dismiss Plaintiffs' State

Law Claim and Claims Asserted by Plaintiff, Fred Baker & Sons Electric, Inc.

Dated: June 24, 2005

S Thomas Anderson
JUDGE, United States District Court
Western District of Tennessee, Western Division

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-28-05

(70)

**Distribution to:**

John M. Russell
LAWRENCE & RUSSELL, LLP
5050 Poplar Avenue, Suite 1617
Memphis, TN 38157

Andrew W. Hull
Alice M. Morical
Gregory C. Brubaker
HOOVER HULL BAKER & HEATH, LLP
111 Monument Circle, Suite 4400
Indianapolis, IN 46204-0989

James S. Strickland, Jr.
KUSTOFF & STRICKLAND, PLLC
44 N. Second Street, Suite 502
Memphis, TN 38103

373488

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 70 in case 2:04-CV-02417 was distributed by fax, mail, or direct printing on June 28, 2005 to the parties listed.

---

Gregory C. Brubaker
HOOVER HULL BAKER & HEATH, LLP
111 Monument Circle
Ste. 4400
Indianapolis, IN 46204--098

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Johnny Beard
3641 Millington St.
Memphis, TN 38127

James S. Strickland
KUSTOFF & STRICKLAND
44 N. Second St.
Ste. 502
Memphis, TN 38103

John Morris Russell
LAWRENCE & RUSSELL
5050 Poplar Ave.
Ste. 1717
Memphis, TN 38157

Alice M. Morical
HOOVER HULL BAKER & HEATH, LLP
111 Monument Circle
Ste. 4400
Indianapolis, IN 46204--098

Andrew W. Hull
HOOVER HULL BAKER & HEATH, LLP
111 Monument Circle
Ste. 4400
Indianapolis, IN 46204--098

Honorable J. Breen
US DISTRICT COURT