IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ CAS ___ D.C.

2005 JUN 30  PM 3: 22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JOHNNY BEARD, FRED BAKER & SONS ELECTRIC, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| BENICORP INSURANCE CO., | ) ) ) |
| Defendant. | ) |

NO.    04-2417 B/An

---

## ORDER DENYING MOTION FOR LEAVE TO SUBMIT REPLY

---

Before the Court is Defendant's Unopposed Motion for Leave to File a Reply filed on June 24, 2005. On June 27, 2005, the Court entered an Order Granting Defendant's Unopposed Motion for Leave to File a Reply.[1] Therefore, the Motion seeking the Court's permission to file a Reply Brief is **DENIED** as moot.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: _June 30, 2005_

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _7/5/05_

---

[1]The June 27, 2005 Order corresponds to the Unopposed Motion to File a Reply located at docket entry 66. The instant motion corresponds to the Unopposed Motion to File a Reply located at docket entry 69.

1

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 71 in case 2:04-CV-02417 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

Gregory C. Brubaker
HOOVER HULL BAKER & HEATH, LLP
111 Monument Circle
Ste. 4400
Indianapolis, IN 46204--098

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Johnny Beard
3641 Millington St.
Memphis, TN 38127

John Morris Russell
LAWRENCE & RUSSELL
5050 Poplar Ave.
Ste. 1717
Memphis, TN 38157

James S. Strickland
KUSTOFF & STRICKLAND
44 N. Second St.
Ste. 502
Memphis, TN 38103

Alice M. Morical
HOOVER HULL BAKER & HEATH, LLP
111 Monument Circle
Ste. 4400
Indianapolis, IN 46204--098

Andrew W. Hull
HOOVER HULL BAKER & HEATH, LLP
111 Monument Circle
Ste. 4400
Indianapolis, IN 46204--098

Honorable J. Breen
US DISTRICT COURT