IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

2005 JUL 19 PM 12: 13

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| **JOHNNY BEARD, FRED BAKER & SONS ELECTRIC, INC.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| vs. | ) ) | NO.: 04-2417-B-An |
| **BENICORP INSURANCE CO.,** | ) ) ) | |
| **Defendant.** | ) | |

## ORDER SETTING TELEPHONE SCHEDULING CONFERENCE

Before the Court is Defendant's Unopposed Second Motion to Stay Dispositive Motion Deadline filed on June 24, 2005.

The Court will hold a telephone conference on **THURSDAY, JULY 21, 2005 at 11:00 p.m.** regarding the proposed dispositive motion deadline which **all** counsel shall attend by telephone. Mr. John Russell shall initiate the telephone conference call and insure that all parties are present prior to dialing the chambers of the Court in Jackson, Tennessee at 901-495-1495.

**IT IS SO ORDERED.**

_S. Thomas Anderson_
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: _July 18, 2005_

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _7-20-05_

74

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 2:04-CV-02417 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Gregory C. Brubaker
HOOVER HULL BAKER & HEATH, LLP
111 Monument Circle
Ste. 4400
Indianapolis, IN 46204--098

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Johnny Beard
3641 Millington St.
Memphis, TN 38127

James S. Strickland
KUSTOFF & STRICKLAND
44 N. Second St.
Ste. 502
Memphis, TN 38103

Andrew W. Hull
HOOVER HULL BAKER & HEATH, LLP
111 Monument Circle
Ste. 4400
Indianapolis, IN 46204--098

John Morris Russell
LAWRENCE & RUSSELL
5050 Poplar Ave.
Ste. 1717
Memphis, TN 38157

Alice M. Morical
HOOVER HULL BAKER & HEATH, LLP
111 Monument Circle
Ste. 4400
Indianapolis, IN 46204--098

Honorable J. Breen  
US DISTRICT COURT