IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -9 PM 1: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| JOHNNY BEARD, FRED BAKER & SONS ELECTRIC, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | NO.   04-2417 B/An |
| BENICORP INSURANCE CO., | ) ) ) | |
| Defendant. | ) | |

## ORDER GRANTING MOTION TO STAY DISPOSITIVE MOTION DEADLINE

Before the Court is Defendant's Unopposed Second Motion to Stay Dispositive Motion Deadline filed on June 24, 2005. For good cause shown, the Motion is **GRANTED**. The dispositive motion deadline in this matter shall be stayed until 30 days after the Court rules on Defendant's Motion to Dismiss.

**IT IS SO ORDERED.**

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 08, 2005

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-9-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 77 in case 2:04-CV-02417 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Gregory C. Brubaker
HOOVER HULL BAKER & HEATH, LLP
111 Monument Circle
Ste. 4400
Indianapolis, IN 46204--098

Alice M. Morical
HOOVER HULL BAKER & HEATH, LLP
111 Monument Circle
Ste. 4400
Indianapolis, IN 46204--098

John Morris Russell
LAWRENCE & RUSSELL
5050 Poplar Ave.
Ste. 1717
Memphis, TN 38157

Johnny Beard
3641 Millington St.
Memphis, TN 38127

Andrew W. Hull
HOOVER HULL BAKER & HEATH, LLP
111 Monument Circle
Ste. 4400
Indianapolis, IN 46204--098

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

James S. Strickland
KUSTOFF & STRICKLAND
44 N. Second St.
Ste. 502
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT